**EDC.002–780**

 Notice of Incomplete Filing or Filing of Outdated Forms and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed   (v.6.0 – 11/24/2025)

**Page 1 of 2**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**Eastern District of California** | |

## NOTICE OF INCOMPLETE FILING OR FILING OF OUTDATED FORMS AND NOTICE OF INTENT TO DISMISS CASE IF DOCUMENTS ARE NOT TIMELY FILED

| **In re**<br><br>   Lewis Towing 2 Inc.<br><br><div align="right">**Debtor(s).**</div> | **Case Number**<br><br>**26–12633 – F – A – 11** |
|---|---|

The petition filed on 6/3/26 by the above–named debtor(s) was not accompanied by all required documents.

**NOTICE IS HEREBY GIVEN** that the following documents are missing and must be filed, or a motion for extension of time must be filed by the date(s) indicated *(if two dates are shown, two separate deadlines are established for each of the options described below; each date must be timely satisfied as to the documents governed by that date)*.

**The following document(s) must be received by the bankruptcy clerk's office by 06/10/2026:**

   Verification and Master Address List

If "Verification and Master Address List" is listed above, the notice of meeting of creditors will be sent by the court to the debtor(s), the attorney for the debtor(s), if any, and the trustee ONLY. Thereafter, it will be the attorney for the debtor(s)'s, or the pro se debtor's responsibility to serve notice of the meeting of creditors that includes the debtor's and, if applicable, the joint debtor's FULL social security number(s) on all creditors, and to file with the court a proof of service indicating that service has been made, together with a REDACTED version of the notice, showing only the last four digits of the social security number(s).

If "Statement of SSN" is listed above, the attorney for the debtor(s) or the pro se debtor must provide notice of the debtor's and, if applicable, the joint debtor's FULL social security number(s) to the trustee and all creditors. A proof of service, indicating that service has been made, together with a REDACTED version of the notice, showing only the last four digits of the social security number(s), must be filed with the court.

**The following document(s) must be received by the bankruptcy clerk's office by 6/17/26.** If documents were submitted and marked deficient, it may be because outdated forms were used, Please see page 2 for information on where to obtain current forms. Failure to resubmit documents on current forms may result in the case being dismissed. The Clerk's office will not compare revised forms to determine whether any information has been changed. To make changes to schedules, statements, and/or lists that have already been filed, these items should be marked "AMENDED" and should be submitted along with the appropriate fee, if necessary, and an amendment cover sheet (EDC Form 2–015).

   Attorney's Disclosure Stmt.
   List – 20 Largest Unsecured Creditors
   List – Equity Security Holders
   Master Equity Security Holder Address List
   Schedule A/B – Real and Personal Property
   Schedule D – Secured Creditors
   Schedule E/F – Unsecured Claims
   Schedule G – Executory Contracts
   Schedule H – Codebtors
   Statement Re: Corporate Debtor
   Statement of Financial Affairs
   Summary of Assets and Liabilities

**The items listed in this notice are not necessarily all of the items that remain to be filed (see, for example 11 U.S.C. sec. 1116(1)).**

**NOTICE IS FURTHER GIVEN** that the Court, without further notice, may dismiss this case unless the debtor does one of the following <u>on or before the earliest document due date specified above:</u>

1. **Files all missing documents** with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below;  **OR**

2. **Files a motion for an extension of time to file the missing documents** with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below. Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), motions for extensions of time must be filed prior to the expiration of the prescribed periods. Extensions of time to file schedules, statements, and other documents may be granted only on motion for cause shown and on notice to committees, the United States Trustee, trustee, examiner, and others as directed by the Court. <u>See</u> Fed. R. Bankr. P. 1007(c);

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE. Failure to timely file the missing documents or to timely seek an extension of time may result in the <u>automatic dismissal</u> of this bankruptcy case <u>without further notice.</u>** If you have already complied with the above requirement(s), please disregard this notice.

Dated:  6/3/26

Scott Yach Clerk,
BY: svif , Deputy Clerk
U.S. Bankruptcy Court
Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800

## FORMS
Individual forms and form packages are available on the court's website at
https://www.caeb.uscourts.gov/Forms/Index